## UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

GINNEY MOTEL, INC, ET AL.,                    JUDGMENT IN A CIVIL CASE

    Plaintiffs,

vs.

PROMONT ADVISORS,LLC, ET AL.,                 CASE NO: 18-1137-STA-egb

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Notice of Voluntary Dismissal entered on December 17, 2018, this cause is hereby DISMISSED without prejudice.**


                                        APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 12/17/2018                 THOMAS M. GOULD
                                 Clerk of Court


                                    s/Maurice B. BRYSON

                                 (By)  Deputy Clerk